MORGAN, LEWIS & BOCKIUS LLP
CARRIE A. GONELL, Bar No. 257163
cgonell@morganlewis.com
ALEXANDER L. GRODAN, Bar No. 261374
agrodan@morganlewis.com
5 Park Plaza
Suite 1750
Irvine, CA 92614
Tel: +1.949.399.7000
Fax: +1.949.399.7001

SAM S. SHAULSON, *Pro Hac Vice Forthcoming*
sshaulson@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Tel: +1.212.309.6000
Fax: +1.212.309.6001

Attorneys for Plaintiff
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SELENA ARMAS, individually and in her purported capacity as an agent of the State of California and the California Labor and Workforce Development Agency pursuant to the Labor Code Private Attorneys General Act of 2004, <br><br> Defendant. | Case No. 3:15-cv-03704 <br><br> **PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES** <br><br> [LOCAL RULE 3-15] |

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Irvine

DB2/ 26211195.1

PLAINTIFF'S CERTIFICATION OF
INTERESTED PARTIES

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO DEFENDANT AND HER ATTORNEYS OF RECORD:**

Pursuant to Northern District of California Local Rule 3-15, the undersigned, counsel of record for JPMorgan Chase Bank, N.A. ("Plaintiff") certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

| PARTY | CONNECTION |
|---|---|
| JPMorgan Chase Bank, N.A. | Plaintiff |
| JPMorgan Chase & Co. | Corporate parent of Plaintiff |
| Selena Armas | Defendant |

Plaintiff will advise this Court in the event it learns of any additional parties that must be identified pursuant to Local Rule 3-15.

Dated: August 13, 2015     MORGAN, LEWIS & BOCKIUS LLP

By   /s/Carrie A. Gonell
CARRIE A. GONELL
ALEXANDER L. GRODAN
Attorneys for Plaintiff
JPMORGAN CHASE BANK, N.A.