MORGAN, LEWIS & BOCKIUS LLP
CARRIE A. GONELL, Bar No. 257163
cgonell@morganlewis.com
ALEXANDER L. GRODAN, Bar No. 261374
agrodan@morganlewis.com
5 Park Plaza
Suite 1750
Irvine, CA 92614
Tel: +1.949.399.7000
Fax: +1.949.399.7001

SAM S. SHAULSON, *Pro Hac Vice Forthcoming*
sshaulson@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Tel: +1.212.309.6000
Fax: +1.212.309.6001

Attorneys for Plaintiff
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SELENA ARMAS, individually and in her purported capacity as an agent of the State of California and the California Labor and Workforce Development Agency pursuant to the Labor Code Private Attorneys General Act of 2004, <br><br> Defendant. | Case No. 3:15-cv-03704 <br><br> **PLAINTIFF'S DISCLOSURE STATEMENT** <br><br> **[FED. R. CIV. PROC. 7.1]** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO DEFENDANT:**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Plaintiff JPMorgan Chase Bank, N.A. ("Plaintiff") hereby represents, to the best of her knowledge, the following:

- Plaintiff JPMorgan Chase Bank, N.A. is a wholly owned subsidiary of JPMorgan Chase & Co., a publicly traded company.

Plaintiff will promptly file a supplemental statement if any of this required information changes pursuant to Federal Rule of Civil Procedure 7.1.

Dated: August 13, 2015

MORGAN, LEWIS & BOCKIUS LLP

By  /s/Carrie A. Gonell
CARRIE A. GONELL
ALEXANDER L. GRODAN
Attorneys for Plaintiff
JPMORGAN CHASE BANK, N.A.