MORGAN, LEWIS & BOCKIUS LLP
CARRIE A. GONELL, State Bar No. 257163
cgonell@morganlewis.com
ALEXANDER L. GRODAN, Bar No. 261374
agrodan@morganlewis.com
600 Anton Blvd, Suite 1800
Costa Mesa, CA 92626
Tel:   714.830.0600
Fax:   714.830.0700

Attorneys for Plaintiff
JPMORGAN CHASE BANK, N.A.

ORI EDELSTEIN, State Bar No. 156825
THE OTTINGER FIRM, P.C.
535 Mission Street
San Francisco, CA 94105
Tel: 415.262.0096
Fax: 415.520.0555
Ori@Ottingerlaw.com

Attorneys for Defendant
SELENA ARMAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>SELENA ARMAS, individually and in her purported capacity as an agent of the State of California and the California Labor and Workforce Development Agency pursuant to the Labor Code Private Attorneys General Act of 2004,<br><br>　　　　　　　Defendant. | Case No. 15-CV-03704-WHO<br><br>Judge William H. Orrick<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:　　November 17, 2015<br>Time:　　2:00 p.m.<br>Crtrm:　　2 – 17th Floor |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 27046991.2

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE
Case No. 3:15-cv-03704-WHO

Plaintiff JP MORGAN CHASE BANK, N.A. ("Plaintiff") and Defendant SELENA ARMAS ("Defendant"), by and through their respective counsel of record named herein, hereby stipulate as follows:

WHEREAS, on August 31, 2015, the Court scheduled a Case Management Conference scheduled for November 17, 2015 at 2:00 p.m.;

WHEREAS, on October 14, 2015, Defendant filed a Motion to Dismiss, which is scheduled for hearing on November 18, 2015;

WHEREAS, on October 28, 2015, Plaintiff filed a Motion to Stay, which is scheduled for hearing on December 2, 2015;

WHEREAS, the parties have agreed that the Case Management Conference currently scheduled can be postponed until after the ruling on both Parties' motions at a date to be set by the Court; and

WHEREAS  Defendant also submits that, for the convenience of the Court and the parties, the oral arguments for both the Motion to Dismiss and Motion to Stay, which are related, should be reset for December 2, 2015.

THEREFORE, the parties, through their undersigned respective counsel, stipulate and request that:

(1)     The Case Management Conference scheduled for November 17, 2015, be continued to a date to be set by the Court after the adjudication of the parties' Motion to Dismiss and Motion to Stay.

IT IS SO STIPULATED.

Dated: November 16, 2015                MORGAN, LEWIS & BOCKIUS LLP


By    /s/Carrie A. Gonell
      CARRIE A. GONELL
      Attorneys for Plaintiff
      JPMORGAN CHASE BANK, N.A.

1    STIPULATION TO CONTINUE CASE
     MANAGEMENT CONFERENCE
     Case No. 3:15-cv-03704-WHO

DB2/ 27046991.2

Dated: November 16, 2015                         THE OTTINGER FIRM, P.C.

                                                 By   /s/Ori Edelstein
                                                      ORI EDELSTEIN
                                                      Attorneys for Defendant
                                                      SELENA ARMAS

**FILER'S ATTESTATION**

I, Carrie A. Gonell, am the ECF user whose identification and password are being used to file this Stipulation to Continue Case Management Conference. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Ori Edelstein of the Ottinger Firm, P.C. has concurred in this filing.

Dated: November 16, 2015                         MORGAN, LEWIS & BOCKIUS LLP

                                                 By   /s/Carrie A. Gonell
                                                      CARRIE A. GONELL
                                                      Attorneys for Plaintiff
                                                      JPMORGAN CHASE BANK, N.A.

**ORDER**

The Court having considered the Stipulation to the Continue Case Management Conference, HEREBY ORDERS AS FOLLOWS:

The hearing as to motion to dismiss currently scheduled for November 18, 2015 shall be continued to December 2, 2015.

The Case Management Conference currently scheduled for November 17, 2015 shall be continued to December 15, 2015.

**IT IS SO ORDERED.**

DATED: **November 16, 2015**                     _____
                                                 William H. Orrick
                                                 Judge of the District Court

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 27046991.2

2   STIPULATION TO CONTINUE CASE
    MANAGEMENT CONFERENCE
    Case No. 3:15-cv-03704-WHO